IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KASKASKIA RIVER MARINA/** ) | |
| **CAMPGROUNDS, INC., ERVIN F. SMITH,** ) | |
| **CHERYL L. SMITH, ERVIN SMITH, JR.,** ) | |
| **and CHRIS KOCH**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. **05-525-WDS** |
| ) | |
| **NEW ATHENS POLICE DEPARTMENT,** ) | |
| **THE VILLAGE OF NEW ATHENS,** ) | |
| **CHIEF MICHAEL SMITH, and** ) | |
| **OFFICER MICHAEL KEMP**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court are plaintiffs' Motion for Default Judgment and defendants' Motion for Leave to File Responsive Pleadings Out of Time. **(Docs. 11 and 13)**.

Defendants removed this case on July 29, 2005. On October 10, 2005, defendants filed responsive pleadings consisting of a motion to strike prayer for punitive damages, an answer, and affirmative defenses. **See, Docs. 5, 9, and 10.** On that same day, but after defendants' pleadings were filed, plaintiffs filed their motion for default.

**Fed.R.Civ.P. 6(b)** permits the Court to enlarge a deadline upon a showing of "excusable neglect." The affidavit attached to Doc. 13 establishes excusable neglect. The late filing of the responsive pleadings will not prejudice plaintiffs.

Upon consideration and for good cause shown, plaintiffs' Motion for Default Judgment **(Doc. 11)** is **DENIED**. Defendants' Motion for Leave to File Responsive Pleadings Out of Time

1

**(Docs. 13)** is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:   October 21, 2005.**

             <u>**s/ Clifford J. Proud**</u>
             **CLIFFORD J. PROUD**
             **UNITED STATES MAGISTRATE JUDGE**